|  |  |
|---|---|
| The Honorable: | Brian D. Lynch |
| Chapter 7 | |
| Location: | Tacoma |
| Hearing Date: | / / |
| Hearing Time: | |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: SHOEMAKER, MATTHEW JAMES § Case No. 16-43138-BDL
   SHOEMAKER, YOUNG MI § 
                §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 28, 2016. The undersigned trustee was appointed on July 28, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $     3,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.97 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,969.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/17/2017 and the deadline for filing governmental claims was 04/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $750.00, for a total compensation of $750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $94.91, for total expenses of $94.91.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2017          By: /s/Kathryn A. Ellis
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-43138-BDL  **Trustee:** (670270) Kathryn A. Ellis
**Case Name:** SHOEMAKER, MATTHEW JAMES  **Filed (f) or Converted (c):** 07/28/16 (f)
SHOEMAKER, YOUNG MI  **§341(a) Meeting Date:** 08/23/16
**Period Ending:** 04/18/17  **Claims Bar Date:** 04/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence | 273,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 BMW 320i | 21,380.00 | 0.00 | | 0.00 | FA |
| 3 | 2014 Toyota Tundra | 31,290.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 Lowells fishing boat | 6,000.00 | 0.00 | | 0.00 | FA |
| 5 | misc. household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | art | 100.00 | 0.00 | | 0.00 | FA |
| 7 | gun safe | 200.00 | 0.00 | | 0.00 | FA |
| 8 | firearms | 930.00 | 0.00 | | 0.00 | FA |
| 9 | clothing | 700.00 | 0.00 | | 0.00 | FA |
| 10 | jewelry | 1,300.00 | 0.00 | | 0.00 | FA |
| 11 | cash on hand | 450.00 | 0.00 | | 0.00 | FA |
| 12 | Vantage West CU checking and savings accounts<br>****84-00 - $5.00<br>****84-71 - negative balance | 0.00 | 5.00 | | 0.00 | FA |
| 13 | OBee CU ****49-20 account<br>negative balance | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TwinStar CU checking and savings accounts<br>****02-00 - -$1,030.00<br>****02-18 - $0.00<br>****02-90 - not to date of filing<br>****22-90 - negative balance | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Navy Federal CU accounts<br>****4355 - $0.00<br>****3015 - $4,669.16 | 4,669.16 | 0.00 | | 0.00 | FA |
| 16 | term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 17 | check from debt relief company | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | claim against National Debt Relief | 3,184.37 | 9,553.11 | | 3,000.00 | FA |
| 18 | Assets  Totals (Excluding unknown values) | **$347,703.53** | **$9,558.11** | | **$3,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-43138-BDL  **Trustee:** (670270) Kathryn A. Ellis
**Case Name:** SHOEMAKER, MATTHEW JAMES  **Filed (f) or Converted (c):** 07/28/16 (f)
SHOEMAKER, YOUNG MI  **§341(a) Meeting Date:** 08/23/16
**Period Ending:** 04/18/17  **Claims Bar Date:** 04/17/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-43138-BDL  
**Case Name:** SHOEMAKER, MATTHEW JAMES  
SHOEMAKER, YOUNG MI  
**Taxpayer ID #:** **-***0559  
**Period Ending:** 04/18/17

**Trustee:** Kathryn A. Ellis (670270)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $66,138,806.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/12/17 | {18} | National Debt Relief LLC | settlement payment | 1149-000 | 3,000.00 | | 3,000.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 03/29/17 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/28/2017 FOR CASE #16-43138 | 2300-000 | | 0.97 | 2,979.03 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,969.03 |
| | | | ACCOUNT TOTALS | | 3,000.00 | 30.97 | $2,969.03 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,000.00 | 30.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $3,000.00 | $30.97 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 3,000.00 | 30.97 | 2,969.03 |
| | $3,000.00 | $30.97 | $2,969.03 |

{} Asset reference(s)

Printed: 04/18/2017 01:41 PM V.13.30

# EXHIBIT A
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 17, 2017

**Case Number:** 16-43138-BDL  
**Debtor Name:** SHOEMAKER, MATTHEW JAMES

Page: 1

**Date:** April 18, 2017  
**Time:** 01:42:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $750.00 | $0.00 | 750.00 |
| 200 | Clerk of the Court<br>US Bankruptcy Court<br>1717 Pacific Ave<br>Tacoma, WA 98402 | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 200 | Kathryn A. Ellis<br>5506 6th Ave S<br>Suite 207<br>Seattle, WA 98108 | Admin Ch. 7 | | $94.91 | $0.00 | 94.91 |
| BOND 200 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | Admin Ch. 7 | | $0.97 | $0.97 | 0.00 |
| NOTFILED 505 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barr, PA 18773 | Priority | 5696 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes- Barr, PA 18773 | Priority | 8410 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Bmw Financial Services<br>Attn: Bankruptcy, Department<br>Po Box 3608<br>Dublin, OH 43016 | Secured | 8746 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Bank Of The West<br>2527 Camino Ramon<br>San Ramon, CA 94583 | Secured | 1042 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | BECU<br>Attn: Bankruptcy<br>P 0 Box 97050<br>Seattle, WA 98124 | Secured | 3997 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Navy Feu<br>Po Box 3000<br>Merrifield, VA 22119 | Secured | 7045 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Des Moines, IA 50306 | Secured | 8333 | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | 9782 | $459.89 | $0.00 | 459.89 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 17, 2017

**Case Number:** 16-43138-BDL  
**Debtor Name:** SHOEMAKER, MATTHEW JAMES  

Page: 2

**Date:** April 18, 2017  
**Time:** 01:42:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 610 | Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 9263 | $3,965.99 | $0.00 | 3,965.99 |
| 3 610 | Discover Bank Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 3084 | $1,519.11 | $0.00 | 1,519.11 |
| 4 610 | Merchants Credit Association<br>PO Box 7416<br>Bellevue, WA 98008 | Unsecured | | $412.53 | $0.00 | 412.53 |
| 5 610 | Merchants Credit Association<br>PO Box 7416<br>Bellevue, WA 98008 | Unsecured | | $1,116.01 | $0.00 | 1,116.01 |
| 6 610 | Airforce Federal Credit Union<br>1560 Cable Ranch Rd, #200<br>San Antonio, TX 78245 | Unsecured | 2559 | $3,760.78 | $0.00 | 3,760.78 |
| 7 610 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $717.63 | $0.00 | 717.63 |
| 8 610 | Navient Solutions Inc.<br>PO Box 9000<br>Wilkes-Barre, PA 18773-9000 | Unsecured | | $14,282.36 | $0.00 | 14,282.36 |
| 9 610 | Sterling Jewelers Inc., dba Weisfield Jewelers<br>PO Box 1799<br>Akron, OH 44309 | Unsecured | 7405 | $638.77 | $0.00 | 638.77 |
| 10 610 | Sterling Jewelers Inc., dba Weisfield Jewelers<br>PO Box 1799<br>Akron, OH 44309 | Unsecured | 1891 | $1,856.98 | $0.00 | 1,856.98 |
| 11 610 | BMW Financial Services NA LLC<br>PO Box 3608<br>Dublin, OH 43016 | Unsecured | | $11,415.65 | $0.00 | 11,415.65 |
| 12 610 | Wells Fargo Servicing Center<br>MAC Q2132-023<br>PO BOX 94423<br>Albuquerque, NM 87199 | Unsecured | 0001 | $8,947.05 | $0.00 | 8,947.05 |
| 13 610 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 3405 | $758.31 | $0.00 | 758.31 |
| 14 610 | World's Foremost Bank-Cabela's Club Visa<br>PO Box 82609<br>Lincoln, NE 68501-2609 | Unsecured | 4114 | $2,282.00 | $0.00 | 2,282.00 |

**EXHIBIT A**
**ANALYSIS OF CLAIMS REGISTER**  **Claims Bar Date:** April 17, 2017

| | | Page: 3 | | |
|---|---|---|---|---|
| **Case Number:** 16-43138-BDL | | | **Date:** April 18, 2017 | |
| **Debtor Name:** SHOEMAKER, MATTHEW JAMES | | | **Time:** 01:42:05 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 610 | World's Foremost Bank-Cabela's Club Visa<br>PO Box 82609<br>Lincoln, NE 68501-2609 | Unsecured | 5418 | $2,848.71 | $0.00 | 2,848.71 |
| 16 610 | Boeing Employees Credit Union<br>PO Box 97050<br>Seattle, WA 98124 | Unsecured | 2217 | $8,300.29 | $0.00 | 8,300.29 |
| 17 610 | American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2,185.50 | $0.00 | 2,185.50 |
| 18 610 | Horizon Credit Union<br>PO Box 15128<br>Spokane Valley, WA 99215 | Unsecured | 7148 | $13,951.11 | $0.00 | 13,951.11 |
| 19 610 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured | 9588 | $1,904.42 | $0.00 | 1,904.42 |
| 20 610 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured | 4204 | $743.19 | $0.00 | 743.19 |
| 21 610 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured | 2429 | $1,147.70 | $0.00 | 1,147.70 |
| 22 610 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured | 6670 | $569.21 | $0.00 | 569.21 |
| NOTFILED 610 | Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | Unsecured | 0002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 3851 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 7939 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Health Ass. Management<br>1801 LindAve<br>Renton, WA 98057 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jared/Sterling Jewelers<br>Attn: Bankruptcy<br>Po Box 3680<br>Akron, OH 44309 | Unsecured | 0189 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jerry Shoemaker<br>1551 E Benson Hwy#15<br>Tucson, AZ 85714 | Unsecured | | $0.00 | $0.00 | 0.00 |

**E X H I B I T   A**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** April 17, 2017

| | | |
|---|---|---|
| **Case Number:** 16-43138-BDL | Page: 4 | **Date:** April 18, 2017 |
| **Debtor Name:** SHOEMAKER, MATTHEW JAMES | | **Time:** 01:42:05 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Navy Federal Cr Union<br>Po Box 3000<br>Merrifield, VA 22119 | Unsecured | 1677 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Olympia Emergency Services<br>PO Box 5007<br>Lacey, WA 98509 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Olympia Obstetrics & Genecilog<br>PO Box 1008<br>Olympia, WA 98507 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Providence<br>PO Box 3177<br>Portland, OR 97208 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Square One Financial/Cach Lie<br>4340 S Monaco St<br>2nd Floor<br>Denver, CO 80237 | Unsecured | 6151 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Steven Alexander DDS<br>3620 Ensign Rd NE<br>Olympia, WA 98506 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Truegreen<br>PO Box 78611<br>Phoenix, AZ 85062 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Us Bank<br>4325 17th Ave S<br>Fargo, ND 58125 | Unsecured | 3003 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | USAA Federal Savings Bank<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288 | Unsecured | 9229 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Usaa Svg Bk<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288 | Unsecured | 9222 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Usaa Svg Bk<br>Po Box 47504<br>San Antonio, TX 78265 | Unsecured | 1040 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Unsecured | 8900 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wells Fargo Bank Card<br>Mac F82535-02f<br>Po Box 10438<br>Des Moines, IA 50306 | Unsecured | 7377 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wells Fargo Bank Card<br>Mac F82535-02f<br>Po Box 10438<br>Des Moines, IA 50306 | Unsecured | 2087 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 17, 2017

**Case Number:** 16-43138-BDL  
**Debtor Name:** SHOEMAKER, MATTHEW JAMES  
Page: 5  
**Date:** April 18, 2017  
**Time:** 01:42:05 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 84,979.07 | 0.97 | 84,978.10 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-43138-BDL
Case Name: SHOEMAKER, MATTHEW JAMES
Trustee Name: Kathryn A. Ellis

**Balance on hand:** $ 2,969.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,969.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 750.00 | 0.00 | 750.00 |
| Trustee, Expenses - Kathryn A. Ellis | 94.91 | 0.00 | 94.91 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Expenses: International Sureties, Ltd. | 0.97 | 0.97 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 1,194.91
Remaining balance: $ 1,774.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,774.12

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | | |
|---|---|---|---|---|
| | | Total to be paid for priority claims: | $ | 0.00 |
| | | Remaining balance: | $ | 1,774.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,783.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | 459.89 | 0.00 | 9.74 |
| 2 | Becket and Lee LLP | 3,965.99 | 0.00 | 83.98 |
| 3 | Discover Bank Discover Products Inc. | 1,519.11 | 0.00 | 32.17 |
| 4 | Merchants Credit Association | 412.53 | 0.00 | 8.74 |
| 5 | Merchants Credit Association | 1,116.01 | 0.00 | 23.63 |
| 6 | Airforce Federal Credit Union | 3,760.78 | 0.00 | 79.63 |
| 7 | Quantum3 Group LLC | 717.63 | 0.00 | 15.20 |
| 8 | Navient Solutions Inc. | 14,282.36 | 0.00 | 302.43 |
| 9 | Sterling Jewelers Inc., dba Weisfield Jewelers | 638.77 | 0.00 | 13.53 |
| 10 | Sterling Jewelers Inc., dba Weisfield Jewelers | 1,856.98 | 0.00 | 39.32 |
| 11 | BMW Financial Services NA LLC | 11,415.65 | 0.00 | 241.73 |
| 12 | Wells Fargo Servicing Center | 8,947.05 | 0.00 | 189.45 |
| 13 | Quantum3 Group LLC | 758.31 | 0.00 | 16.06 |
| 14 | World's Foremost Bank-Cabela's Club Visa | 2,282.00 | 0.00 | 48.32 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | World's Foremost Bank-Cabela's Club Visa | 2,848.71 | 0.00 | 60.32 |
| 16 | Boeing Employees Credit Union | 8,300.29 | 0.00 | 175.76 |
| 17 | American InfoSource LP | 2,185.50 | 0.00 | 46.28 |
| 18 | Horizon Credit Union | 13,951.11 | 0.00 | 295.41 |
| 19 | Portfolio Recovery Associates LLC | 1,904.42 | 0.00 | 40.33 |
| 20 | Portfolio Recovery Associates LLC | 743.19 | 0.00 | 15.74 |
| 21 | Portfolio Recovery Associates LLC | 1,147.70 | 0.00 | 24.30 |
| 22 | Portfolio Recovery Associates LLC | 569.21 | 0.00 | 12.05 |

Total to be paid for timely general unsecured claims: $ 1,774.12
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**

Case 16-43138-BDL    Doc 32    Filed 06/12/17    Ent. 06/12/17 13:52:41    Pg. 14 of 14